UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven DIVISION

12/3/2010

In re:
FUCCI, GERALD JOSEPH, JR.

Case No. 07-32378 ASD

(CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____     The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX     More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: November 29, 2010

_____
ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177

# EXHIBIT A

Case Name: FUCCI, GERALD JOSEPH, JR.
Case Number: 07-32378

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Milford Hospital<br>300 Seaside Avenue<br>Milford, CT 06460 | | $18.63 | | $18.63 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0 | $ 18.63 |